## N. BUCKMASTER v. J. BUCKMASTER and WIFE, Executrix of G. Buckmaster.

Court of Chancery.  Kent.  August, 1814.

*Clayton's Notebook, 30.*

On an affidavit of Joseph Buckmaster, one of the defendants, being filed, stating that the complainant removed out of the state soon after filing his bill, and that he had for a year and upwards resided in the state of Ohio, the CHANCELLOR granted the following rule: that the complainant give security for the payment of the costs by the first day of next term, or that the bill be dismissed.  (2 Str. 697, accordant.)